IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARLES ALLEN HALL, }<br>TDCJ-CID NO.675833, }<br>   Petitioner, }<br>}<br>v. }<br>}<br>NATHANIEL QUARTERMAN, }<br>}<br>   Respondent. } | CIVIL ACTION NO. H-07-2532 |

## FINAL JUDGMENT

For the reasons stated in this Court=s Opinion on Dismissal, this civil action is DISMISSED, without prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on this 23rd day of August, 2007.

Melinda Harmon
United States District Judge